UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO,
on behalf of himself and all others similarly situated,

        Plaintiffs,

        v.                  CASE NO.: 1:20-cv-10077

CHEGG, INC.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Frankie Monegro and the Defendant Chegg, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 21, 2021

| **For Plaintiff Frankie Monegro** | **For Chegg, Inc.** |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | Sean Joseph Kirby<br>Sheppard, Mullin, Richter & Hampton<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Ph: (212) 653-87000<br>skirby@sheppardmullin.com |

1

## CERTIFICATE OF SERVICE

I certify that on April 21, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
